STATE of Missouri, Respondent,

v.

**Phillip SAPP and Monica Sapp, Appellants.**

Nos. 69656, 69657.

Missouri Court of Appeals,
Eastern District,
Division Three.

April 22, 1997.

Phillip Sapp and Monica Sapp, Hillsboro, pro se.

Matthew P. Brookman, Hillsboro, for respondent.

Before CRAHAN, P.J., and GRIMM and HOFF, JJ.

### ORDER

PER CURIAM.

In a consolidated appeal, Appellants, acting *pro se,* appeal the judgment entered upon their convictions by a jury of animal neglect, § 578.009 RSMo 1994, a class C misdemeanor. Appellants each received a sentence of seven days in jail and fine of $300.00. Appellants assert five points of error, none of which are in compliance with Rule 30.06. Further, Appellants failed to file a motion for new trial as required by Rule 29.11(d). Therefore, Appellants failed to preserve any point of error for review. Nevertheless, in the exercise of our discretion, we have reviewed Appellants' brief and the record on appeal for plain error. Rule 30.20. We find no error. An extended opinion would have no precedential value. The judgment is affirmed in accordance with Rule 30.25(b).

---

Anishika WARD, Appellant,

v.

**STATE of Missouri, Respondent.**

No. 70494.

Missouri Court of Appeals,
Eastern District,
Division One.

May 6, 1997.

David C. Hemingway, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., John M. Morris, III, Jacqueline K. Hamra, Asst. Attys. Gen., Jefferson City, for respondent.

Before DOWD, P.J., and REINHARD and GARY M. GAERTNER, JJ.

### ORDER

PER CURIAM.

Anishika Ward appeals from the denial of her Rule 24.035 motion following an evidentiary hearing. We have reviewed the briefs of the parties and the record on appeal and find the claim of error to be without merit. An extended opinion would have no precedential value. The judgment of the trial court is affirmed. Rule 84.16(b).